JOHN T. MCGOVERN, as Substituted Committee, etc., Respondent.

*Incompetent person — who proper person to be committee.*

Appeal by Mary G. Quinby and John M. Sneden from an order of the Special Term, entered in the office of the clerk of the county of Kings on the 12th day of July, 1916, resettling a prior order, entered June 16, 1916, which denied petitioners' application for the appointment of Alfred Opdyke as successor committee of Julia T. Sneden and instead appointed John T. McGovern.

PER CURIAM: Ordinarily, the committee of an incompetent is one of the kin or family of the lunatic, or one upon whom they agree, and such committee of the person is not intrusted to a stranger not proposed by any relative. On Mr. Quinby's decease, the widow (sister of the incompetent), with her brother's concurrence, petitioned for Mr. Opdyke's appointment as substitute committee of the person and of the estate. This recommendation was in view of Mr. Opdyke's having acted as legal adviser of the committee in this trust. His character and capacity stand unquestioned. Under his wise management the estate has grown to about $819,000. However, as Mr. Quinby's estate has to account as such committee in respect to matters largely in Mr. Opdyke's hands, the learned justice at Special Term apparently thought that to appoint Mr. Opdyke might expose him to the embarrassment of representing conflicting interests on such accounting. We cannot say that this conclusion followed by naming Mr. McGovern was an abuse of discretion. The order appealed from is affirmed, without costs. Carr, Mills, Rich and Putnam, JJ., concurred. Order affirmed, without costs.

---

ROBINA B. KNOX, Plaintiff, v. HOLMES JONES and Others, Defendants. — Motion denied, with ten dollars costs. Thomas, Stapleton, Mills and Rich, JJ., concurred; Jenks, P. J., not voting.

MINNIE DAHL, Respondent, v. SAMUEL LEVENBERG, Appellant, Impleaded, etc.— Order resettled so as to allow the plaintiff to apply to the County Court of Kings county for leave to serve an amended complaint and supplemental summons, without costs. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

OSCAR FRIED, Plaintiff, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Defendant.— Motion denied, with ten dollars costs. Present — Carr, Stapleton, Rich and Putnam, JJ.